## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PHH MORTGAGE CORPORATION,

    Plaintiff,

v.                                                 CASE NO: 8:08-cv-912-T-26TGW

CAROL A. BROWN, et al.,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Carol Brown's Motion for Default (Dkt. 57) is granted but only to the extent that the Clerk is directed to enter a clerk's default against Kyle Mitter and Suncoast Title Services of Tampa Bay with regard to Brown's Third Party Complaint. The Court withholds entry of a final default judgment at this time.

**DONE AND ORDERED** at Tampa, Florida, on November 21, 2008.

                                                      s/*Richard A. Lazzara*
                                                      **RICHARD A. LAZZARA**
                                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record